AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ELIAS BAUTISTA-BAUTISTA<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.
    6:26-mj- 1731

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of      June 16, 2026      in the county of      Orange County      in the    Middle    District of      Florida      , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, resisting, or impeding a Federal Officer |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mark Annotti, DO, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/19/2026

_____
*Judge's signature*

City and state:      Orlando, Florida

David A. Baker, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**  **CASE NO. 6:26-mj-**1731

**COUNTY OF ORANGE**

## AFFIDAVIT IN SUPPORT OF THE
## ISSUANCE OF A CRIMINAL COMPLAINT

I, Mark Annotti, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.  I am a Deportation Officer with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), and have been employed with DHS/ICE/ERO for 23 years. I am currently appointed as the ERO Criminal Prosecutions (ECP) Officer assigned to Orlando, Florida. My duties include the investigation, arrest, and prosecution of cases involving persons who are illegally residing in the United States in violation of federal law.

2.  This affidavit is submitted in support of the issuance of a criminal complaint charging Elias **BAUTISTA-BAUTISTA** with forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with Deportation Officer (DO) J.L., who was and is an officer of the United States or of any agency in any branch of the United States Government, while he was engaged in and on account of the performance of his official duties, and where such acts involved physical contact with the DO, in violation of 18 U.S.C. § 111(a)(1). The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various

government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed.

3. On or about June 16, 2026, the ICE/ERO Orlando Fugitive Operations Unit (FOU) and Florida Highway Patrol (FHP) were conducting joint operations in the Orlando metro area. During the operation, FHP paced-clocked a vehicle travelling at a high rate of speed (46mph in a 35mph zone) and initiated a traffic stop. Upon pulling the vehicle over into an apartment complex and into a parking space, several occupants fled the traffic stop. FHP troopers were able to pursue and apprehend four of the fleeing occupants: J.L.D., M.D.P., B.P.H., and S.C.H.

4. FOU team member DO J.L. immediately arrived on scene, activated his body camera, and pursued **BAUTISTA-BAUTISTA** on foot. The DO identified himself and told **BAUTISTA-BAUTISTA** to stop running. **BAUTISTA-BAUTISTA** tripped twice and the DO was able to catch up to him. While the DO was trying to get **BAUTISTA-BAUTISTA** under control, **BAUTISTA-BAUTISTA** made multiple attempts to hit the DO. The DO told **BAUTISTA-BAUTISTA**, "stop trying to hit me" and "stop fighting me." The altercation lasted approximately a minute and half with the DO trying to grab **BAUTISTA-BAUTISTA**'s wrists and **BAUTISTA-BAUTISTA** violently twisting and grabbing the DO's shirt. While the

2

DO was at **BAUTISTA-BAUTISTA**'s back, **BAUTISTA-BAUTISTA** provided a powerful backward elbow to the DO's head breaking his eyeglasses, causing him to become dazed, and fall to the ground. **BAUTISTA-BAUTISTA** fled the scene.

5. When the DO was discovered by fellow officers/troopers, he was noticeably dazed, vomiting, and bleeding from his left fingers.

6. **BAUTISTA-BAUTISTA's** acts resulted in violent physical contact with the DO, and the DO was transported via ambulance to the Orlando Reginal Medical Center due to his injuries. The DO was treated for left hand pain and a head injury.

7. According to the other apprehended occupants of the vehicle, **BAUTISTA-BAUTISTA** resides at a residence on Brosche Rd in Orlando, Florida. Photographs of **BAUTISTA-BAUTISTA** obtained from the body camera include:





4

8.   Based on the foregoing, there is probable cause to believe that on June 16, 2026, **BAUTISTA-BAUTISTA** did forcibly assault, resist, oppose, impede, intimidate, and interfere with DO J.L., who was and is an officer of the United States or of any agency in any branch of the United States Government, while he was engaged in and on account of the performance of his official duties, and where such acts involved physical contact, in violation of 18 U.S.C. § 111(a)(1).

This concludes my affidavit.

Mark Annotti
Deportation Officer
Immigration & Customs Enforcement

Sworn to and subscribed before me
This /9 day of June, 2026

DAVID A. BAKER
United States Magistrate Judge

5